NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1104

TAKEDA PHARMACEUTICAL COMPANY LIMITED,
TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.,
TAKEDA PHARMACEUTICALS LLC,
TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A.,

Plaintiffs-Appellants,

v.

TEVA PHARMACEUTICALS USA, INC. and
TEVA PHARMACEUTICALS INDUSTRIES LTD.,

Defendants-Appellees.

Appeal from the United States District Court for the District of Delaware
in case no. 07-CV-0331, Judge Sue L. Robinson.

ON MOTION

## O R D E R

Takeda Pharmaceutical Company Limited et al. submit a motion to expedite the briefing schedule and the assignment of this case to an oral argument calendar.

Upon consideration thereof,

IT IS ORDERED THAT:

The appellees are directed to file any response no later than noon on December 16, 2009.

FOR THE COURT

DEC 1 4 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 4 2009

JAN HORBALY
CLERK

cc: Karen L. Pascale, Esq.
Stuart E. Pollack, Esq.
Eric J. Lobenfeld, Esq.

s8